**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON EARL McCORMICK,<br><br>   Plaintiff,<br><br>   v.<br><br>DR. ATKIN, et al.,<br><br>   Defendants. | Case No.: 1:12-cv-02022-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO FOR APPLICATION OF NON-PRISONER PROVISIONS IN LOCAL RULES<br><br>[ECF No. 16] |

Plaintiff Brandon Earl McCormick is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 21, 2014, Defendants filed a request for application of non-prisoner provisions in the Local Rules based on the fact that Plaintiff has been released from prison and is no longer a state prisoner.

Defendants' request is GRANTED, and Local Rule 230(l) no longer governs this action and all other non-prisoner provisions in the Local Rules shall apply.

IT IS SO ORDERED.

Dated:  **July 28, 2014**

UNITED STATES MAGISTRATE JUDGE

1