**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BRANDON EARL McCORMICK,

Plaintiff,

v.

DR. ATKIN, et al.,

Defendants.

Case No.: 1:12-cv-02022-SAB (PC)

ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER ISSUED JULY 23, 2014, TO DEFENDANT PASCUA

[ECF Nos. 17, 20]

Plaintiff Brandon Earl McCormick is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 21, 2014, Defendants Alphonso, Balallo, Bitanga, and Dean filed an answer to the first amended complaint. On July 23, 2014, the Court issued a discovery and scheduling order setting forth the applicable deadlines for which the action shall proceed.

On August 26, 2014, Defendant Pascua filed an answer to the first amended complaint. In light of the fact that the discovery and scheduling order was issued prior to the filing of Defendant

///

///

///

///

///

Pascua's answer, Defendant Pascua is advised that the discovery and scheduling order issued July 23, 2014, is extended and made applicable to him as well as Defendants Alphonso, Balallo, Bitanga, and Dean.

IT IS SO ORDERED.

Dated: **August 27, 2014**

UNITED STATES MAGISTRATE JUDGE